**Motion Granted; Reinstated; Vacated and Remanded; Memorandum Opinion filed March 13, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00517-CV

_____

## EVERBANK, AS SUCESSOR BY MERGER OF EVERHOME MORTGAGE COMPANY, Appellant

## V.

## CARL D. SHAW, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2011-58741**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 7, 2013. On August 1, 2013, this court abated the appeal and referred the parties to mediation. On November 21, 2013, the parties advised this court that they had reached a resolution of the dispute, but they requested that the abatement be extended so that they could finalize the settlement. We granted the motion and extended the

abatement.

On February 28, 2014, the parties filed an agreed motion to vacate the judgment and remand the case to the trial court for entry a take-nothing judgment consistent with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2). The motion is granted.

Accordingly, we reinstate the appeal and order the trial court's judgment signed March 7, 2013, vacated and set aside without regard to the merits. We remand the cause to the trial court for entry of a take-nothing judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.